IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
_____Bobbie Simpson and Eugene Simpson_____

Civil Case #____1:16-CV-53_____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff:

   _____Bobbie Simpson_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____Eugene Simpson_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   _____New Jersey_____

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   _____New Jersey_____

6. Plaintiff's/Deceased Party's current state of residence:

   _____New Jersey_____

7. District Court and Division in which venue would be proper absent direct filing:

   _____U.S. District Court, New Jersey_____

8. Defendants (Check Defendants against whom Complaint is made):

   X☐     Cook Incorporated

   ☐X     Cook Medical LLC

   ☐ X    William Cook Europe ApS

9. Basis of Jurisdiction:

   ☐ X    Diversity of Citizenship

   ☐      Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   _____Paragraphs 6-28_____

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   ____But for the direct filing of this complaint in MDL 2570 in the Southern District

   ___of Indiana, venue and jurisdiction would be proper in the District of New

   ___Jersey, U.S. District Court. _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

　　☒　　Günther Tulip® Vena Cava Filter

　　☐　　Cook Celect® Vena Cava Filter

　　☐　　Gunther Tulip Mreye

　　☐　　Cook Celect Platinum

　　☐　　Other: _____

11. Date of Implantation as to each product:

　　_____March 19, 2015_____

　　_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

　　_____Monmouth Medical Center, Monmouth, NJ_____

　　_____

13. Implanting Physician(s):

　　____Dr. Moses Kumar_____

　　_____

　　_____

　　_____

14. Counts in the Master Complaint brought by Plaintiff(s):

　　☒　　Count I:　　Strict Products Liability – Failure to Warn

　　☒　　Count II:　　Strict Products Liability – Design Defect

　　☒　　Count III:　　Negligence

　　☒　　Count IV:　　Negligence Per Se

  ☐ X  Count V:  Breach of Express Warranty

  ☐ X  Count VI:  Breach of Implied Warranty

  ☐X  Count VII:  Violations of Applicable New Jersey (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐ X  Count VIII:  Loss of Consortium

  ☐  Count IX:  Wrongful Death

  ☐  Count X:  Survival

  ☐ X  Count XI:  Punitive Damages

  ☐  Other:  _____ (please state the facts supporting this Count in the space, immediately below)

  ☐  Other:  _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

_____Jasper D. Ward IV and Alex C. Davis_____

16. Address and bar information for Attorney for Plaintiff(s):

_____Jones Ward PLC, 312 S. Fourth St., 6th Floor, Louisville KY 40202___

_____Jasper D. Ward: admitted in Kentucky and in the U.S. District Court for the

_____Southern District of Indiana. Alex C. Davis: admitted in Kentucky and in the

_____Western and Eastern Districts of Kentucky, U.S. District Court._____

Respectfully submitted,

 **s/ Jasper D. Ward IV**

Jasper D. Ward IV
Alex C. Davis
**JONES WARD PLC**
312 S. Fourth St., 6th Floor
Louisville, KY 40202
Telephone: (502) 882-6000
Facsimile: (502) 587-2007
jasper@jonesward.com
alex@jonesward.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

__s/ Jasper D. Ward IV_____